■ MARGUERITE JAMES, Appellant, v DAVID WORMUTH, M.D., et al., Respondents. (Appeal No. 1.) [940 NYS2d 499]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered January 11, 2011 in a medical malpractice action. The order granted the motion of defendants at the close of plaintiff's proof to dismiss the amended complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.